# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE ANDRAS,** **Plaintiff** | No. 3:14cv2094 |
| v. | (Judge Munley) |
| **BOROUGH OF LACEYVILLE, PENNSYLVANIA,** **Defendant** | |

## ORDER

**AND NOW**, to wit, this 23rd day of July 2015, defendant's motion to dismiss (Doc. 6) plaintiff's complaint is **GRANTED** to the extent that plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** to plaintiff filing an amended complaint within twenty-one (21) days to properly assert these claims.  If plaintiff fails to file an amended complaint in twenty-one (21) days, this case will be closed.

BY THE COURT:

s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court