# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE ANDRAS,** <br>     **Plaintiff** <br><br> v. <br><br> **BOROUGH OF LACEYVILLE, PENNSYLVANIA,** <br>     **Defendant** | No. 3:14cv2094 <br><br> (Judge Munley) |

## ORDER

**AND NOW**, to wit, this 18th day of December 2015, defendant's motion to dismiss plaintiff's amended complaint (Doc. 19) is **DENIED**. Defendant is further **ORDERED** to answer plaintiff's amended complaint within fourteen (14) days from the date of this order.

                                              **BY THE COURT:**

                                              **s/ James M. Munley** <br>
                                              **JUDGE JAMES M. MUNLEY** <br>
                                              **United States District Court**